Regina UPTEGROVE, Appellant,

v.

Kenneth DAVIS, Respondent.

WD 79799

Missouri Court of Appeals,
Western District.

ORDER FILED: July 11, 2017

Motion for Rehearing and Transfer
to Supreme Court Denied
September 5, 2017

Application for Transfer Denied
November 21, 2017

John Turner, Kansas City, MO, Andrew Gelbach, Warrensburg, MO, Counsel for Appellant.

David Cascio, Kansas City, MO, Counsel for Respondent.

Before Special Division: Zel M. Fischer, Special Judge Presiding, Thomas H. Newton, and Alok Ahuja, JJ.

### ORDER

Per Curiam:

Ms. Regina Uptegrove appeals from a Clay County circuit court judgment following an adverse jury verdict in a wrongful-death action against Mr. Kenneth Davis. For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).